AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____   DISTRICT OF _____ NEW YORK _____

The Annuity, Pension, Welfare and Apprenticeship
Skill Improvement & Safety Funds of the
International Union of Operating Engineers Local
137, 137A, 137B, 137C & 137R et al.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Nelstadt Ready Mix Concrete Corp.

# 08 CIV. 4737

TO: (Name and address of defendant)

Nelstadt Ready Mix Concrete Corp.
40 Huntington Place
New Rochelle, New York 10801

## JUDGE ROBINSON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. Michael McMahon

CLERK                    **CLERK**

(BY) DEPUTY CLERK

MAY 2 1 2008

DATE

STATE OF  NEW YORK                         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.4737          AND FILED ON          5/21/2008

| | |
|---|---|
| THE ANNUITY,PENSION,WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL<br>Vs.<br>NELSTADT READY MIX CONCRETE CORP. | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                               )
                                                                             SS
COUNTY OF WESTCHESTER                                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____6/2/2008_____ at _____11:55AM____, deponent did serve the within process as follows:

Process Served:

| |
|---|
| SUMMONS AND COMPLAINT |

Party Served:

| |
|---|
| NELSTADT READY MIX CONCRETE CORP. |

(herein called recipient)
therein   named.

At Location:

| |
|---|
| 40 HUNTINGTON PLACE |
| NEW ROCHELLE NY  10801 |

By delivering to and leaving with   MIKE ALBA _____ and that deponent knew the person

so served to be the    MANAGING AGENT

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex M | Color of Skin  WH | Color of Hair  BROWN |
|---|---|---|
| Age  35 | Height  5'11" | |
| Weight  200 | Other Features  MOUSTACHE | |

Sworn to before me on _____6/3/2008_____

_____          _____

GAIL WILLIAMS                                                Joseph Vallone
Notary Public, State of New York
No. 4665052                                                Server's License#:    1100190
Qualified in Westchester County
Commission Expires September 30, 2010