UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND
SAFETY FUNDS of the INTERNATIONAL UNION
OF OPERATING ENGINEERS, LOCAL 137, 137A,
137B, 137C, 137R, AFL-CIO by its Trustees
EDWARD KELLY, JEFFREY LOUGHLIN, PETER       :   RULE 7.1 STATEMENT
PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY,
PENSION, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING            :   08-CIV-4737 (SCR)
ENGINEERS, LOCAL 137, 137A, 137B, 137C,
137R, AFL-CIO,

                              Plaintiffs,

         -against-

NELSTADT READY MIX CONCRETE CORP.,

                              Defendant.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nelstadt Ready Mix Concrete Corp., (a non-governmental corporate party) certifies that there are no

corporate parents and no publicly held corporation that owns ten percent or more of its stock.

Dated:    New York, New York
              June 30, 2008

                                  SEIFF KRETZ & ABERCROMBIE

                   By:  _____
                                  Charles D. Abercrombie (CDA 6802)
                                  444 Madison Avenue, 30th floor
                                  New York, New York 10022
                                  212-371-4500

To:    Clerk (via electronic filing)
        U.S. District Court
        Southern District of New York
        (Courtesy copy to Chambers via telefax)

        James M. Steinberg (via telefax and ECF notification)
        Brady McGuire & Steinberg, P.C.
        Attorneys for plaintiffs
        603 Warburton Avenue
        Hastings-on-Hudson, NY 10706