UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
THE ANNUITY, PENSION, WELFARE and                                       :
APPRENTICESHIP SKILL IMPROVEMENT AND                                    :
SAFETY FUNDS of the INTERNATIONAL UNION                                 :
OF OPERATING ENGINEERS, LOCAL 137, 137A,                                :
137B, 137C, 137R, AFL-CIO by its Trustees                               :
EDWARD KELLY, JEFFREY LOUGHLIN, PETER                 :   NOTICE OF
PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI               :   APPEARANCE
and NICHOLAS SIGNORELLI, JR., and JOHN and            :
JANE DOE, as Beneficiaries of the ANNUITY,                              :
PENSION, WELFARE and APPRENTICESHIP SKILL             :
IMPROVEMENT AND SAFETY FUNDS of the                                     :
INTERNATIONAL UNION OF OPERATING                      :   08-CIV-4737 (SCR)
ENGINEERS, LOCAL 137, 137A, 137B, 137C,                                 :
137R, AFL-CIO,                                                          :
                                                                        :
                        Plaintiffs,                                     :
                                                                        :
        -against-                                                       :
                                                                        :
NELSTADT READY MIX CONCRETE CORP.,                                      :
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the undersigned, being duly admitted to practice in the United States District Court for the Southern District of New York since March 1989, hereby appears for defendant Nelstadt Ready Mix Concrete Corp.

PLEASE TAKE FURTHER NOTICE, that all papers and documents shall be served at the address set forth below.

Dated:    New York, New York
          June 30, 2008

                                          SEIFF KRETZ & ABERCROMBIE

                              By:    _____
                                     Charles D. Abercrombie (CDA 6802)
                                     444 Madison Avenue, 30th floor
                                     New York, New York 10022
                                     212-371-4500

To:    Clerk (via electronic filing)
       U.S. District Court
       Southern District of New York
       (Courtesy copy to Chambers via telefax)

       James M. Steinberg (via telefax and ECF notification)
       Brady McGuire & Steinberg
       Attorneys for plaintiffs
       603 Warburton Avenue
       Hastings-on-Hudson, NY 10706